UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| DAWNA BLALOCK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-797-O-BP |
| | § | |
| COMMISSIONER OF SOCIAL SECURITY, | § § § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court are Defendant's Unopposed Motion to Reverse and Remand (ECF No. 14), filed January 2, 2024; and Findings, Conclusions, and Recommendation of the United States Magistrate Judge (ECF No. 15), filed January 3, 2024.

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation that the instant Motion should be granted, and the case reversed and remanded to the Commissioner of Social Security for further administrative action. No objections were filed, and the Magistrate Judge's Recommendation is now ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge determines that the Findings and Conclusions of the Magistrate Judge are correct, and they are **ACCEPTED** as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that the Defendant's Unopposed Motion to Reverse and Remand (ECF No. 14) is hereby **GRANTED**. Separate Final Judgment shall issue.

**SO ORDERED** on this **23rd day** of **January, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE